**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GREG L. JOHNSON, SB# 132397
  E-Mail: gjohnson@lbbslaw.com
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Petitioner UNITED HEALTHCARE INSURANCE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED HEALTHCARE INSURNACE CO., <br><br> Petitioner, <br><br> vs. <br><br> MANPOWER INC. d/b/a MANPOWER GROUP, a/k/a/ Experis, f/k/a COMSYS Information Technology Services, Inc. <br><br> Respondent. | CASE NO. 3:13-CV-0434-LB <br><br> **STATUS REPORT** <br><br> ORDER |

Pursuant to the Court's April 9, 2013, Order re: Stipulation to Submit to Arbitration and Vacate Hearing for Motion to Compel Arbitration, Petitioner United Healthcare Insurance Co. ("Petitioner") submits the following status statement regarding the progress of the arbitration between Petitioner, Respondent Manpower Inc., and Stanford Hospital and Clinics.

Arbitration is proceeding before Hon. Nickolas J. DiBiaso (Ret.) of the American Arbitration Association, AAA Case No. 74 187 00339 12. All parties to the arbitration have exchanged initial disclosures as required by the operative scheduling order, and a four-day hearing is scheduled to begin on December 9, 2013.

/ / /

/ / /

Pursuant to the Court's April 9, 2013, Order, the parties will next notify the Court within 30 days after the arbitration is completed.

DATED: July 12, 2013        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ___/s/___
Greg L. Johnson
Attorneys for Petitioner UNITED HEALTHGROUP, INC.

Parties to file update Status Report on or before January 9, 2014.  The court calendars a Case Management Conference just to keep it on calendar for January 16, 2014 at 11:00 a.m.
Date:   July 16, 2013


APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA